IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GEORGE ISBILL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. CIV-23-0831-HE |
| | ) |
| KEVIN STITT (GOVERNOR), | ) |
| *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Plaintiff George Isbill, a state prisoner appearing *pro se*, brought this action pursuant to 42 U.S.C. § 1983, challenging the State of Oklahoma's life without parole sentencing regime and its lack of uniform criteria for commutation and parole eligibility. On February 27, 2024, U.S. Magistrate Judge Suzanne Mitchell issued a Report and Recommendation recommending the dismissal of plaintiff's claims. Specifically, in relation to plaintiff's life without parole claim, the Magistrate Judge found that defendant Governor Kevin Stitt is immune from suit in his individual capacity under the doctrine of legislative immunity and is immune from suit in his official capacity under the Eleventh Amendment. In relation to plaintiff's lack of uniform criteria for commutation and parole eligibility claim, the Magistrate Judge found that plaintiff has no liberty interest in parole or commutation. Plaintiff was advised of his right to object to the Report and Recommendation, and he has filed a timely objection.

In his objections, plaintiff does not address any of the reasons set forth by the Magistrate Judge for the dismissal of his claims. Specifically, plaintiff does not make any

arguments as to why the doctrine of legislative immunity and/or Eleventh Amendment immunity does not apply to defendant Governor Kevin Stitt or as to how he has a liberty interest in parole or commutation.

Having reviewed plaintiff's complaint and objections, the court agrees with the Magistrate Judge that plaintiff's claims should be dismissed. Accordingly, the court **ADOPTS** Magistrate Judge Mitchell's Report and Recommendation [Doc. #8] and **DISMISSES** plaintiff's claims.

**IT IS SO ORDERED.**

Dated this 12th day of March, 2023.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE